U S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

JAN - 7 2013

TONY R. ___ CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DAVID LUNN<br>LA. DOC #131501<br>VS. | CIVIL ACTION NO. 2:11-cv-1479<br><br>SECTION P<br><br>JUDGE WALTER |
| WARDEN, DIXON<br>CORRECTIONAL INSTITUTE | MAGISTRATE JUDGE KATHLEEN KAY |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in ~~Lake Charles~~ Shreveport, Louisiana, on this 7th day of January, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE